EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA        1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-0036SOM-01/03 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL DATE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |
| VS. | ) | |
| YOUNG EUN CHUNG,       (01) | ) | |
| SANG MO CHUNG,         (02) | ) | |
| McCully Market, Inc.,  (03) | ) | |
| Defendants. | ) | |

**STIPULATION TO CONTINUE
TRIAL DATE AND TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

Trial herein is currently scheduled for August 30, 2005, Before U.S. District Judge Susan Oki Mollway.

Defendants Young Eun Chung and McCully Market, Inc., are represented by retained counsel William A. Harrison, Esq., of Honolulu, and defendant Sang Mo Chung is represented by retained counsel David F. Klein, Esq., of Honolulu.  Mr. Klein is also currently counsel of record in another criminal case entitled

U.S. v. Delacruz, which is also set for trial on August 30, 2005. Consequently, Mr. Klein needs a continuance herein to maintain continuity of defense counsel in this case. Neither the prosecution nor the other defendants oppose Mr. Klein's trial continuance request.

    Based upon the foregoing, it is hereby stipulated and agreed as follows:

        (1)  Trial herein is continued from August 30, 2005 until 9:00 a.m. on January 24, 2006 Before U.S. District Judge Mollway;

        (2) The final pretrial conference is rescheduled for December 27, 2005 at 10:00 a.m. Before Magistrate Judge Kevin S.C. Chang;

        (3) Pursuant to 18 U.S.C. 3161(h)(8)(A) of the Speedy Trial Act of 1974, as amended, the ends of justice served by granting this trial continuance outweigh the best interest of the public and the defendants in a speedy trial, in order to preserve continuity of defense counsel and reasonable trial preparation time for both defendants.  Therefore, the time period August 30, 2005 up through and including January 24, 2006 is hereby excluded from time computation.  The time exclusion provided-for

herein applies to all defendants.

    DATED: Honolulu, Hawaii, December 22, 2005.

                          EDWARD H. KUBO, JR.
                          United States Attorney


By /s/ Michael K. Kawahara
   MICHAEL K. KAWAHARA
   Assistant U.S. Attorney


/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Young Eun Chung and
 McCully Market, Inc.


/s/ David F. Klein
DAVID F. KLEIN
Attorney for Sang Mo Chung


APPROVED AND SO ORDERED
DATED: Honolulu, Hawaii, January 10, 2006.

_____
Susan Oki Mollway
United States District Judge


USA v. Chung, et. al., USDC-Hawaii Cr. No. 04-0036SOM-01,-02,-03, Stipulation to Continue Trial and Exclude Time Under the Speedy Trial Act; Order.