EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-0036SOM-01/03 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE TRIAL |
| ) | DATE AND TO EXCLUDE TIME UNDER |
| VS. ) | SPEEDY TRIAL ACT; ORDER |
| ) | |
| YOUNG EUN CHUNG, (01) ) | |
| SANG MO CHUNG, (02) ) | |
| McCully Market, Inc., (03) ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION TO CONTINUE
TRIAL DATE AND TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

Trial herein is currently scheduled for May 16, 2006, before U.S. District Judge Susan Oki Mollway.

Defendants Young Eun Chung and McCully Market, Inc., are represented by retained counsel William A. Harrison, Esq., of Honolulu, and defendant Sang Mo Chung is represented by retained counsel David F. Klein, Esq., of Honolulu.  There are significant

immigration issues associated with his client's entry of a guilty plea in this case and Mr. Harrison requires additional time to research its effect on his client's ability to remain in the United States.  In addition, Mr. Harrison is also currently counsel of record in another criminal case entitled <u>State v. Burke</u>, which is also set for trial during the week of May 16, 2006.  Neither the prosecution nor Sang Mo Chung opposes Mr. Harrison's trial continuance request.

 Based upon the foregoing, it is hereby stipulated and agreed as follows:

  (1)  Trial herein is continued from May 16, 2006 until 9:00 a.m. on August 29, 2006, before U.S. District Judge Mollway;

  (2) The final pretrial conference is rescheduled for July 31, 2006 at 10:00 a.m. before Magistrate Judge Leslie E. Kobayashi;

  (3) Pursuant to 18 U.S.C. 3161(h)(8)(A) of the Speedy Trial Act of 1974, as amended, the ends of justice served by granting this trial continuance outweigh the best interest of the public and the defendants in a speedy trial, in order to preserve continuity of defense counsel and reasonable trial preparation time for both defendants.  Therefore, the time period May 16, 2006, up through and including August 29, 2006, is hereby excluded

from time computation. The time exclusion provided for herein applies to all defendants.

DATED: Honolulu, Hawaii, April 24, 2006.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By /s/Michael K. Kawahara
>    MICHAEL K. KAWAHARA
>    Assistant U.S. Attorney
>
>/s/William A. Harrison
>WILLIAM A. HARRISON
>Attorney for Young Eun Chung
>and McCully Market, Inc.
>
>/s/David F. Klein
>DAVID F. KLEIN
>Attorney for Sang Mo Chung

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; May 11, 2006.

>_____
>Susan Oki Mollway
>United States District Judge

USA v. Chung, et. al., USDC-Hawaii Cr. No. 04-0036SOM-01,-02,-03, Stipulation to Continue Trial and Exclude Time Under the Speedy Trial Act; Order.