EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,   )<br>  )<br>        vs.        )<br>  )<br>YOUNG EUN CHUNG,       (01) )<br>SANG MO CHUNG,         (02) )<br>MCCULLY MARKET, INC.,  (03) )<br>  )<br>           Defendants.  )<br>_____) | CR. NO. 04-0036SOM-03<br><br>ORDER FOR DISMISSAL AS TO<br>DEFENDANT MCCULLY MARKET, INC. |

**ORDER FOR DISMISSAL AS TO
DEFENDANT MCCULLY MARKET, INC**.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment returned January 21, 2004 against defendant McCully Market, Inc.

According to corporate records currently on file with the State of Hawaii, Department of Commerce and Consumer Affairs, McCully Market, Inc., was dissolved on or about June 6, 2005 and is no longer in existence.

DATED:  Honolulu, Hawaii, August 21, 2006.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Michael K. Kawahara
                                 MICHAEL K. KAWAHARA
                                 Assistant U.S. Attorney
```

Leave of Court is granted for the filing of the foregoing dismissal against defendant McCully Market, Inc., for the reasons set forth above.



_____
Susan Oki Mollway
United States District Judge

United States v. McCully Market, Inc., Cr. No. 04-0036 SOM-03, Order for Dismissal as to Defendant McCully Market, Inc.

copies:   United States Marshal
          U.S. Drug Enforcement Administration
          David Klein, Esq. (Attorney for defendant McCully
           Market, Inc.)